weight of the credible evidence. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

JAY W. COLE, Respondent, v. SATAN'S TOE, INC., and NEAL R. ANDREWS, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

JAY W. COLE, Respondent, v. SATAN'S TOE, INC., and NEAL R. ANDREWS, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EAGLE UNDERWEAR Co., INC., Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

SALVATORE DI GRAZIA, Appellant, v. FRIDOLIN C. MEHLER, Respondent — Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

MAURICE FEUCHTWANGER, Respondent, v. CENTRAL HANOVER BANK AND TRUST COMPANY, Appellant, Impleaded with Another, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Application for Letters of Administration upon Goods, Chattels and Credits of ABRAHAM BRANDMAN, Deceased. BELLE LIEBMAN, Appellant; GERTRUDE J. ACHARD, Petitioner for Letters of Administration, and BESSIE NEKRITZ, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements to the respondents payable out of the estate. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

SARAH NEELY MURPHY, Appellant, v. ALBERT J. MURPHY, Respondent.— There are issues of fact which must be disposed of by a trial. Order granting defendant's motion for summary judgment, the judgment entered thereon, and the order on reargument adhering to the original decision unanimously reversed, with costs to the appellant, and the motion for summary judgment denied. Appeal from order denying motion to resettle the judgment dismissed. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

. NICOLAI CLASSEN-SMITH and ALEXANDER WOJNAROWSKI, Respondents, v. THE NATIONAL CITY BANK OF NEW YORK, Appellant.— Order reversed, with twenty dollars costs and disbursements, and motion granted. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.; O'Malley, J., dissents.

In the Matter of the Application of MANUFACTURERS CHEMICAL Co., INC., Petitioner, Respondent, to Stay Proposed Arbitration with CASWELL, STRAUSS & Co., INC., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

TEXAS FLOUR CORPORATION, Appellant, v. JOSEPH P. RYAN, as President of the International Longshoremen's Association, a Voluntary Labor Organization of More Than Seven Members, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BERNARD F. STERN, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.